# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**THOM LEWIS CHAPPELL,**  :
:
   **Petitioner** :
:    **5:04-CV-370 (WDO)**
   **v.** :    **5:02-CR-32 (WDO)**
:
**UNITED STATES OF AMERICA,** :
:
   **Respondent** :

## ORDER

This matter is before the Court on a Report and Recommendation to deny Petitioner Chappell's habeas petition. Having carefully considered the Recommendation, and there being no objections thereto, the Recommendation is ADOPTED and made the order of the Court. The habeas petition is DISMISSED for the reasons set forth in the Recommendation and for Petitioner's failure to prosecute the action once it was filed.

   **SO ORDERED this 20th day of September, 2005.**

   **S/Wilbur D. Owens, Jr.**
   **WILBUR D. OWENS, JR.**
   **UNITED STATES DISTRICT JUDGE**